IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMGEN INC., | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| PIRAMAL HEALTHCARE UK LIMITED | ) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice:  May 18, 2017

Date of Expiration of Patent:  September 22, 2026

Thirty Month Stay Deadline:  N/A

\_\_\_\_6/9/2017\_\_\_\_              \_\_\_\_\_/s/ Maryellen Noreika\_\_\_\_\_
Date                                    Attorney(s) for Plaintiff